

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00632-CR

**EX PARTE** Elliot Jerzain **RAMOS-ESTRADA**

From County Court at Law No. 1, Webb County, Texas
Trial Court No. 2022CRB000724L1
Honorable Leticia Martinez, Judge Presiding[1]

Opinion by:     Lori I. Valenzuela, Justice

Sitting:        Rebeca C. Martinez, Chief Justice
                Irene Rios, Justice
                Lori I. Valenzuela, Justice

Delivered and Filed: December 13, 2023

REVERSED AND REMANDED

Appellant Elliot Jerzain Ramos-Estrada appeals the trial court's order denying him habeas relief. We reverse the trial court's order and remand the case for further proceedings consistent with this opinion.

### BACKGROUND

As part of Operation Lone Star, Elliot Jerzain Ramos-Estrada, a noncitizen, was arrested for trespassing on private property in Webb County. He filed an application for writ of habeas corpus seeking dismissal of the criminal charge based on a violation of his state and federal rights to equal protection. Specifically, Ramos-Estrada argued the State of Texas was engaging in

---

[1] The Honorable Hugo D. Martinez is the judge of the Webb County Court at Law Number One. Associate Judge Leticia Martinez signed the order denying the habeas corpus relief at issue in this appeal.

selective prosecution in violation of the U.S. Constitution's Equal Protection Clause and the Texas Constitution's Equal Rights Amendment because only men were being charged with misdemeanor criminal trespass. *See* U.S. CONST. amend. XIV; TEX. CONST. art. I, § 3(a). The trial court denied Ramos-Estrada's requested relief, and he appealed.

## DISCUSSION

The habeas proceeding in this appeal occurred concurrently with the proceeding we reviewed in *Ex parte Vazquez-Bautista*, No. 04-22-00630-CR, 2023 WL 8440339, at *1–2 (Tex. App.—San Antonio Dec. 6, 2023, no pet. h.) (en banc). On appeal, Ramos-Estrada is asserting the same arguments the appellant asserted in that appeal. *See id*. at *3–6. Because this appeal involves the same arguments and same evidentiary record as *Vazquez-Bautista*, for the reasons explained in that opinion, we reverse and remand the case to the trial court with instructions to discharge Ramos-Estrada from bail and dismiss the information in the underlying proceeding with prejudice. *See id*.

Lori I. Valenzuela, Justice

DO NOT PUBLISH